FRANKLIN J. LOVE, Bar #80334
LAW OFFICE OF FRANKLIN J. LOVE
125 S. Citrus Ave., Ste. 101
Covina, California 91723

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTERTAINMENT BY J&J, INC. ) | CV-00-12734 RMT (RZx) |
| ) | |
| Plaintiff, ) | RENEWAL OF DEFAULT JUDGMENT |
| vs. ) | |
| ) | |
| DARRELL EVERETT SALYERS ) | |
| individually and dba ) | |
| PECOS BAR ) | |
| ) | |
| Defendant ) | |

Based upon the application for Renewal of Judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. 683.110 through 683.320 and good cause appearing, therefore,

The default judgment entered on June 1, 2001 against defendant, **DARRELL EVERETT SALYERS individually and dba PECOS BAR** is hereby renewed in the amounts set forth below:

**Renewal of money judgment**
    a. Total judgment                 $6,800.00
    b. Costs after judgment            0.00
    c. Attorney fees                   0.00
    d. Subtotal (add a and b)        6,800.00
    e. Credits after judgment         0.00
    f. Subtotal (subtract e from d)   6,800.00
    g. Interest after judgment       1,689.31
    h. Fee for filing renewal         0.00
    i. **TOTAL RENEWED JUDGMENT**    8,489.31

     5/20/11                             Lori Muraoka
**DATED:**_____    **CLERK by**_____
                                                    Deputy